(No. 1514— ▮▮▮▮)

E. O. ERICKSON, AND LENA ERICKSON, Claimants, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed January 15, 1930.*

TOM W. SMURR, for claimant.

OSCAR E. CARLSTROM, Attorney General; ROY D. JOHNSON, Assistant Attorney General, for respondent.

Mr. JUSTICE THOMAS delivered the opinion of the court:

The declaration and pleadings in this case are identical with those in *Rickeim* v. *State,* No. 1513, and for the reasons set forth in the opinion filed in that case this claim is denied and the case dismissed.

(No. 1515— ▮▮▮▮)

JOSEPH BERTA, AND VIRGINIA BERTA, Claimants, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed January 15, 1930.*

TOM W. SMURR, for claimant.

OSCAR E. CARLSTROM, Attorney General; ROY D. JOHNSON, Assistant Attorney General, for respondent.

Mr. JUSTICE THOMAS delivered the opinion of the court:

The declaration and pleadings in this case are identical with those in *Rickeim* v. *State,* No. 1513, and for the reasons set forth in the opinion filed in that case this claim is denied and the case dismissed.